***E-Filed: February 4, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., | No. C14-00497 |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| POLANI FINANCIALS & INVESTMENT CORPORATION, ET AL., | |
| Defendants. | |

Plaintiff has moved for a temporary restraining order. Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, the Clerk of the Court shall promptly reassign this case to a district judge. *See* 28 U.S.C. § 636.

**IT IS SO ORDERED.**

Dated: February 4, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C14-00497** **N**otice will be electronically mailed to:

2 Susan E. Bishop     susan.bishop@berliner.com, maria.gonzalez@berliner.com

3 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

*United States District Court*
*For the Northern District of California*