C

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonsmith.com
NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Prabhakar Polani and Polani Financials & Investment Corporation

SUSAN E. BISHOP (SBN: 187253)
susan.bishop@berliner.com
BERLINER COHEN
10 Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388

Attorneys for Plaintiff Chong's Produce

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>POLANI FINANCIALS & INVESTMENTS CORPORATION, a California corporation, and PRABHAKAR POLANI, and DOES 1 to 10,<br><br>    Defendants. | Case Number: 14-CV-00497-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE TRIAL ON THE MERITS WITH HEARING ON PRELIMINARY INJUNCTION, AND MODIFYING BRIEFING SCHEDULE**<br><br>Judge:     Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

c

1 WHEREAS, on January 31, 2014 Plaintiff Chong's Produce, Inc. ("Plaintiff") filed a Complaint for, *inter alia*¸ violations of the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t against Defendants Polani Financials & Investments Corporation and Prabhakar Polani (collectively, "Defendants");

WHEREAS, Plaintiffs filed a Motion for Issuance of Preliminary Injunction and Motion to Consolidate the Trial on the Merits with Hearing on Preliminary Injunction (collectively, the "Motions") on February 4, 2014;

WHEREAS, pursuant to the Court's February 7, 2014 Order, Defendants' oppositions to the Motions are due on February 21, 2014, and the Motions are to be heard on February 27, 2014;

WHEREAS, Plaintiff served Defendants with Summons and the Complaint on February 8, 2014; and

WHEREAS, counsel for Defendants was only retained on February 20, 2014, and due to prior obligations, will not be able to adequately form a response to the Motions by February 21, 2014;

NOW THEREFORE, the parties hereby stipulate and respectfully request that:

1. The hearing on Plaintiff's Motions be continued until March 20, 2014; and

2. The deadline for Defendants to file their oppositions to the Motions be extended until March 7, 2014.

Date: February 21, 2014         DHILLON & SMITH LLP

                                By:  */s/ Nitoj P. Singh*
                                     Nitoj P. Singh
                                     Attorneys for Defendants

Date: February 21, 2014         BERLINER COHEN

                                By:  */s/ Susan E. Bishop*
                                     Susan E. Bishop
                                     Attorneys for Plaintiff

**ORDER**

Pursuant to the above stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The hearings on the Motion for Issuance of Preliminary Injunction and Motion to Consolidate the Trial on the Merits with Hearing on Preliminary Injunction (collectively, the "Motions") is continued until March 20, 2014;

2. The deadline for Defendants Polani Financials & Investments Corporation and Prabhakar Polani to file their oppositions to the Motions is extended to March 7, 2014.

IT IS SO ORDERED.

Dated: 2/24/2014

Hon. Claudia Wilken
United States District Judge