SUSAN E. BISHOP, CA STATE BAR NO. 187253
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
susan.bishop@berliner.com

ATTORNEYS FOR PLAINTIFF
CHONG'S PRODUCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., | CASE NO. 4:14-cv-00497-CW |
| Plaintiff, | **EX PARTE APPLICATION RE CONTINUANCE OF PRELIMINARY INJUNCTION AND ORDER** |
| v. | |
| SHALIMAR INDIAN & PAKISTANI RESTAURANT, LLC, a California Limited Liability company, SHAIQ MOHAMMAD, and DOES 1 to 10, | |
| Defendants. | |

Plaintiff Chong's Produce, Inc. filed this action against Defendant Polani Financials and Investment Corporation on February 3, 2014. A request for a temporary restraining order and preliminary injunction were filed shortly thereafter. The request for temporary restraining order was denied, but a motion for preliminary injection was set for February 27, 2014. Prior to the hearing, Defendant Polani Financials and Investment Corporation provided Plaintiff with information purported to show that Polani Financials and Investment Corporation was not the proper defendant. Plaintiff and Defendant Polani Financials and Investment Corporation submitted a stipulation continuing the hearing so that Plaintiff would have time to review the information. The new preliminary injunction date was moved to March 20, 2014. On February 28, 2014, Plaintiff filed a First Amended Complaint removing Defendant Polani Financials and

Investment Corporation and adding Shalimar Indian & Pakistani Restaurant, LLC, A California Limited Liability Company and Shaiq Mohammad. The new Defendants were served on March 5, 2014. In light of the limited time Defendants have to respond to the Preliminary Injunction, Plaintiff respectfully requests a continuance of the Preliminary Injunction to allow the new Defendants sufficient time to submit an opposition, if any to the Preliminary Injunction. As it is, Defendants were served on March 5 and the Joint Stipulation and Order required Defendants to respond on March 7, 2014.

Defendants' request that the preliminary injunction be continued to April 3, 2014 and that Defendants respond to the preliminary injunction not later than March 27, 2014. Plaintiff will serve Defendants by mail.

DATED: MARCH 19, 2014                BERLINER COHEN

                                     BY:  /s/SUSAN E. BISHOP
                                          SUSAN E. BISHOP
                                          ATTORNEYS FOR PLAINTIFF
                                          CHONG'S PRODUCE, INC.

**ORDER**

1. In accordance with the ex parte application, the hearing on the Motion for Issuance of Preliminary Injunction is continued to April **10**, 2014.
2. The deadline for Defendants Shalimar Indian & Pakistani Restaurant, LLC, A California Limited Liability Company and Shaiq Mohammad to file their oppositions is extended to March 27, 2014.
3. Plaintiff will serve this Order on Defendants by regular mail by March 21, 2014.

IT IS SO ORDERED

Dated: 3/20/2014                     _____
                                     United States District Judge