IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHONG'S PRODUCE, INC.,

    Plaintiff,

  v.

SHALIMAR INDIAN & PAKISTANI RESTAURANT, LLC, AND SHAIQ MOHAMMAD,

    Defendants.

No. C 14-00497 CW

ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION AND NEW DEFENDANTS

(Docket No. 6)

On February 3, 2014, Plaintiff Chong's Produce, Inc. filed this action against Former Defendants Polani Financials & Investment Corporation and Prabhakar Polani. Two days later, Plaintiff filed a motion for temporary restraining order and preliminary injunction against Former Defendants. The Court denied the TRO, but set a hearing date for the motion for preliminary injunction. Docket No. 15. Former Defendants provided Plaintiff with information showing that they were not the proper defendants. After reviewing the information, Plaintiff filed a First Amended Complaint (FAC) removing Former Defendants and naming Defendants Shalimar Indian & Pakistani Restaurant, LLC and Shaiq Mohammad. Docket No. 26. On March 4, 2014, Plaintiff served both Defendants. Docket Nos. 29, 30. Plaintiff filed an ex parte motion to continue the preliminary injunction hearing to allow Defendants adequate time to respond. Docket No. 31. The Court granted the motion and set the hearing for April 10, 2014. Docket No. 32. Plaintiff never filed an amended preliminary injunction motion against Defendants, instead choosing to rely on

the previously-filed preliminary injunction motion filed against Former Defendants.  Defendants therefore do not have proper notice that a preliminary injunction might issue against them.  Accordingly,

Plaintiff's preliminary injunction motion is DENIED as moot because the motion was filed against the Former Defendants who are no longer parties to the case.

To achieve expedient resolution of this issue, Plaintiff may follow an expedited schedule for any amended preliminary injunction motion against the current Defendants.  Plaintiff may file and notice an amended preliminary injunction motion addressing the current Defendants, including evidence showing that an injunction should issue against them, no later than April 14, 2014.  Service shall take place no later than April 15, 2014.  Defendants may file a response no later than April 21, 2014.  A hearing shall be held on Plaintiff's amended preliminary injunction motion on April 24, 2014 at 2:00 PM.

IT IS SO ORDERED.

Dated: 4/9/2014

CLAUDIA WILKEN
United States District Judge

2