SUSAN E. BISHOP (SBN 187253)
BERLINER COHEN
Ten Almaden Boulevard
Eleventh Floor
San Jose, CA 95113
Tel: (408) 286-5800
Fax: (408) 998-5388
Susan.bishop@berliner.com

Attorneys for Plaintiff
CHONG'S PRODUCE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC<br><br>　　　　　Plaintiff<br><br>vs.<br><br>SHALIMAR INDIAN & PAKISTANI RESTAURANT, LLC, a California Limited Liability Company, SHAIQ MOHAMMAD, and DOES 1 to 10<br><br>　　　　　Defendants | Case No.: 4:14-CV-00497-CW<br><br>REQUEST FOR DISMISSAL OF THE ENTIRE ACTION |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CHONG'S PRODUCE, INC., ("Plaintiff") requests that pursuant to a settlement agreement reached between Plaintiff and Shalimar Indian & Pakistani Restaurant, LLC., and Shaiq Mohammad ("Defendants") that the entire action be dismissed with prejudice.

Dated: April 22, 2014                         BERLINER COHEN

                                              By: _____
                                              Susan E. Bishop Attorneys for
                                              Plaintiff CHONG'S PRODUCE, INC



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SUSAN E. BISHOP, CA STATE BAR NO. 187253
   BERLINER COHEN
2  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
3  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
4  FACSIMILE: (408) 998-5388
   susan.bishop@berliner.com
5
   ATTORNEYS FOR PLAINTIFF
6  CHONG'S PRODUCE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 | CHONG'S PRODUCE, INC.,                  | CASE NO. 4:14-cv-00497-CW
12 |             Plaintiff,                  | **CERTIFICATE OF SERVICE**
13 |       v.                                |
14 | SHALIMAR INDIAN & PAKISTANI              |
   | RESTURANT, LLC, a California Limited     |
15 | Liability company, SHAIQ MOHAMMAD,       |
   | and DOES 1 to 10,                        |
16 |                                          |
   |             Defendants.                  |
17

18            SEE ATTACHED.
19

Chong's Produce, Inc. v. Shalimar Indian & Pakistani Restaurant, et al.     Case No. 4:14-cv-00497-CW

## PROOF OF SERVICE

I, Maria C. Gonzalez, declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Eleventh Floor, San Jose, California 95113-2233. On April 23, 2014, I served the following document(s):

**REQUEST FOR DISMISSAL OF THE ENTIRE ACTION**

in the following manner:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

☐ by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[X] by e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I cause the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**ATTORNEY FOR DEFENDANTS**
Mogeeb Weiss
WEISS LAW, PC
1151 Harbor Bay Parkway Ste. 134
Alameda, CA 94502
mweiss@wslawgroup.com

I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

Executed on April 23, 2014, at San Jose, California.

/s/MARIA C. GONZALEZ
MARIA C. GONZALEZ